RONALD P. STARR, PLAINTIFF-RESPONDENT, v. MARILYN
ZALASIN, *ET AL*, DEFENDANTS-PETITIONERS.

*Messrs. Lennox, Giordano, Devlin & Barlow* for the petitioners.

*Messrs. Roskein, Kronisch & Felzenberg* for the respondent.

March 26, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
NICHOLAS M. HERNANDEZ, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Richard Newman* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. James R. Zazzali* for the respondent.

March 26, 1969. Denied.